

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00323-CV

_____

OTONIEL HUERTAS, MD, Appellant

V.

BARBARA KADOW, Appellee

---

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-342305-23

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Plaintiff's First Amended Motion to Dismiss and/or Strike Notice of Appeal," which was filed by appellee on September 11, 2023, and "Appellant Otoniel Huertas, M.D.'s Motion to Dismiss Appeal," which was filed on September 21, 2023.  We grant the motions and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  September 28, 2023